UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

United States of America          NOTICE OF APPEARANCE

-v-         Docket Number :

Roland Kaufmann.         Judge :

**Defendant.**         Date :

PLEASE NOTICE, that I have been RETAINED by _Roland Kaufmann_ the above named defendant. I was admitted to practice in this district on _____.

*for arraignment purposes only*

**Signature :** _[signature]_

**Print Name :** ERIC SNYDER

**Bar Code :**

**Office Address :** 800 Third Avenue NY NY 7th Floor

**Telephone # :** 212 488 1200

\*\*\* NOTICE TO ATTORNEY\*\*\*

    \*\*Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.