# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

**ROLAND KAUFMANN,**
               Defendant.

**WARRANT FOR ARREST**

**CASE NUMBER:**

**M 12- 237**

TO:    The United States Marshal
        Federal Bureau Investigation Special Agent Paul F. Roberts, Jr.
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROLAND KAUFMANN**
                                                                       Name

and bring her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging her with (brief description of offense)

conspiracy to violate Title 18, United States Code, Section 1952(a)(3)(A).

in violation of Title __18__ United States Code, Section(s) __371__

HON. ROBERT M. LEVY
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

March 8, 2012
Brooklyn, New York
Date and Location

By __UNITED STATES MAGISTRATE JUDGE__

## RETURN

This warrant was received and executed with the arrest of the above name defendant at _____
76th Street between Madison & Park, New York, NY

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03-08-12 | Jonathan R. Walthers | Jon R. Walt |
| DATE OF ARREST | Special Agent | |
| 03-09-12 | | |

AW (Rev.EDNY 1996) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____
_____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____ SEX: _____

_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____INVESTIGATIVE

AGENCY AND ADDRESS: _____
_____
_____
_____
_____
_____
_____