UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

**ORDER**
**FOR ACCEPTANCE OF CASH BAIL**

-against-

Docket No.   12 — 237 M

_____Roland Kaufman_____X

Bail having been fixed by Hon. __Gold__, in the above entitled action in the

amount of $ _2,500,000_ of which sum $ _1,500,000_ in cash is to be

deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of

New York accept the said amount of $ _1,500,000_ when tendered on behalf

of the above defendant.

**SO ORDERED.**

**Dated:   Brooklyn, New York**
            __3/14/12__

_____
**UNITED STATES MAGISTRATE JUDGE**

**Receipt No.** _____
**Money Deposited By:** _____
**address & Telephone** _____
                        _____
                        _____
                        _____

%XRPCORRECTED

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653041254
Cashier ID: egoddard
Transaction Date: 03/15/2012
Payer Name: KOBRE AND KIM LLP
---
TREASURY REGISTRY
  For: ROLAND KAUFMAN
  Case/Party: D-NYE-1-12-MJ-000237-002
  Amount:      $1,500,000.00
---
CHECK
  Check/Money Order Num: 101526599
  Amt Tendered:   $1,500,000.00
---
Total Due:       $1,500,000.00
Total Tendered:  $1,500,000.00
Change Amt:      $0.00

...COURT
... YORK
-------X
...A,

# ORDER
## FOR ACCEPTANCE OF CASH BAIL

Docket No.  12-237M

...       ...
-------X

...y Hon. __Gold__, in the above entitled action in the

... of which sum $ __1,500,000__ in cash is to be

...Court.

...he Clerk, United States District Court for the Eastern District of

...t of $ __1,500,000__ when tendered on behalf

**Dated: Brooklyn, New York**
          3/14/12

_____
**UNITED STATES MAGISTRATE JUDGE**

Receipt No. __4653041254__
**Money Deposited By:** _____
**address & Telephone** _Eric J. Snyder_
_Kobre & Kim LLP_
_800 Third Avenue_
_New York, NY 10022_
(212) 488-1200

×  _Myun Min_
   _on behalf of Eric J. Snyder_